UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yee Yang Vue,   Civil 13-357 (ADM/FLN)

    Plaintiff,

v.   O R D E R

Carolyn Colvin,
Commissioner of Social Security

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 7, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 11) is **DENIED**;

2. Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**;

3. The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED WITH PREJUDICE**.

4. Judgement shall be entered accordingly.

DATED: February 26, 2014   s/Ann D. Montgomery
                                                      ANN D. MONTGOMERY
                                                      United States District Court Judge